**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TIM MCMASTER; LINDA MCMASTER<br><br>Defendants. | Case No. 2:23-cv-01334-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff Mesa Underwriters Specialty Insurance Company and Defendants Tim McMaster and Linda McMaster by and through their counsel of records, stipulate that all claims shall be dismissed with prejudice and without fees or costs to any party as the parties have reached settlement in the above-captioned matter.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No.: 2:23-cv-01334-RSM - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4096 103984 4881-4981-5188 .v1

Dated: December 4, 2023

WATHEN LEID HALL & RIDER PC

By:

    Rick J. Wathen, WSBA #25539
    WATHEN LEID HALL & RIDER PC
    222 Etruria Street
    Seattle, WA 98109
    Telephone: 206.622.0494
    Facsimile: 206.587.2476
    rwathen@cwlhlaw.com

*Attorneys for Plaintiffs TIM and LINDA MCMASTER*

Dated: December 4, 2023

SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP

By:  *s/ Justin Landreth*
    Justin Landreth, WSBA# 44849
    SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
    600 University Street, Suite 2305
    Seattle, WA 98101-4129
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    jlandreth@selmanlaw.com

*Attorneys for Plaintiff MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No.: 2:23-cv-01334-RSM - 2

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4096 103984 4881-4981-5188 .v1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs Mesa Underwriters Specialty Insurance Company and Defendants Tim and Linda McMaster to dismiss all claims with prejudice and without fees or costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against Defendants int his action are hereby dismissed with prejudice and without fees or costs to any party.

DATED this 5th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No.: 2:23-cv-01334-RSM - 3

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4096 103984 4881-4981-5188 .v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

DATED this 4th day of December, 2023..

>   */s/ Emily Rose*
>   Emily Rose
>   erose@selmanlaw.com

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No.: 2:23-cv-01334-RSM - 4

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4096 103984 4881-4981-5188 .v1